IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**ALVIN IVAN RODRIGUEZ HERNANDEZ**<br>**IVONNE MERCADO RODRIGUEZ**<br><br>Debtors | CASE NO.: **11-07146 (BKT)**<br><br>**CHAPTER 13** |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES NOW**, the undersign attorney, and respectfully certifies and states that on September 22nd, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of the present filing to the parties in this case registered in said system, and a true and exact copy of the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** was served by United States Postal Service regular mail upon debtors **ALVIN IVAN RODRIGUEZ HERNANDEZ and IVONNE MERCADO RODRIGUEZ** at CAMINO SERENO, 20 VISTA SERENA STREET, LAS PIEDRAS, PUERTO RICO 00771; debtor's attorney **ROBERTO FIGUEROA CARRASQUILLO** at PO BOX 186, CAGUAS, PUERTO RICO 00726-0186; and **JOSE RAMON CARRION MORALES, CHAPTER 13 TRUSTEE** at PO BOX 9023884, SAN JUAN, PR 00902-3884.

**VÁZQUEZ & VIZCARRONDO, LLP**
*Attorneys for DLJ Mortgage Capital, Inc.*
P.O. Box 195389
San Juan, Puerto Rico  00919-5389
(787) 999-5252 / Fax (787) 751-1038
s/ Natalia M. Batista-Vázquez
NATALIA M. BATISTA VÁZQUEZ - 231810
E-Mail: nbatista@vvalaw.com

**Fill in this information to identify the case:**

Debtor 1: Alvin Ivan Rodriguez Hernandez

Debtor 2 (Spouse, if filing): Ivonne Mercado Rodriguez

United States Bankruptcy Court for the: District of Puerto Rico District of _____ (State)

Case number: 11-07146 (BKT-13)

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: DLJ Mortgage Capital, Inc.

Court claim no. (if known): 10

Last 4 digits of any number you use to identify the debtor's account: 2 0 7 0

Property address:
Urb. Camino Sereno
Calle Vista Serena #20
Las Piedras  PR  00771

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09/01/2016

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 798.96

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 298.98

c. Total. Add lines a and b. (c) $ 499.98

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: __/__/____

Form 4100R

NEXT POST-PETITION PAYMENT DUE ON 09/01/2016 IN THE AMOUNT OF $798.96

Response to Notice of Final Cure Payment

page 1

| Debtor 1 | Alvin Ivan Rodriguez Hernandez | Case number (if known) 11-07146 BKT-13 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ s/ Natalia M. Batista Vazquez     Date 09/22/2016
Signature

Print   Natalia M. Batista Vazquez     Title Attorney for Creditor
        First Name  Middle Name  Last Name

Company   Vazquez & Vizcarrondo, LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address   PO Box 195389
          Number    Street

          San Juan PR 00919-5389
          City            State    ZIP Code

Contact phone (787) 999-5252          Email nbatista@vvalaw.com

Form 4100R          Response to Notice of Final Cure Payment          page 2